THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE ZEBE.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MINNIE KOLNIN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ANNA LEISMAN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JENNIE WARNER v. DETROIT FIDELITY AND SURETY COMPANY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

EVELYN REALTY CORPORATION v. AVEL B. SILVERMAN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Application of THE EQUITABLE TRUST COMPANY OF NEW YORK, as Successor Trustee, etc., of WILLIAM KRAMER, Deceased.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JOSEPH BYRNES v. KAUFWEIN REALTY Co., INC.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

325 FOURTH AVENUE CORPORATION v. NATHAN WACOW, Premises No. 2116 Crotona Parkway. 325 FOURTH AVENUE CORPORATION v. NATHAN WACOW, Premises No. 2115 Mohegan Avenue.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HARRY SCHWARTZ and Another v. MAX MARKOWITZ.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

WESTCHESTER KNITTING MILLS, INC., v. ABRAHAM ZUCKERMAN.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MARGARET CURRIER v. BERTHA MARTIN.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE SHANLEY-GUERNEY Co., INC., v. AUSTIN BOND, Doing Business, etc.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of WILLIAM H. VALENTINE, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

GUS HOWARD KINNEAR v. ALLERTON HOUSE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

CARL D. RITZWOLLER v. GUS LURIE & Co., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

CARL D. RITZWOLLER v. GUS LURIE & Co., INC., Impleaded, etc.— Motion granted, with ten dollars costs, unless appellant procure the record on appeal and

appellant's points to be filed so appeal can be argued on or before May 29, 1923. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

STAFFORD BROS., INC., v. MOULTON REALTY CORPORATION and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JEWEL CARMEN v. FOX FILM CORPORATION and Another.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

RICE & HILL, INC., v. L. DUNCAN BULKLEY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

NICHOLAS P. YOUNG and Another v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

WILLIAM J. SCHIEFFELIN v. JOHN F. HYLAN and Others.— Motion granted; questions certified.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

PHILIP BENDER v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others.  HANS RANDIN v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others.  LEONARD KUDRAZEFF v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others.  RUDOLPH DORSCH v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others.  HENDRIK SIPHON v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

SELKA UNGER v. WILLIAM BARRETT, as President, etc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith Finch and McAvoy, JJ.

LORIN W. ZELTNER and Others v. " JOHN " SANTORA and Others.—Application denied, with ten dollars costs.  Order signed.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HELEN COURTNEY, as Administratrix, etc., v. LEHIGH VALLEY RAILROAD COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, mith, Finch and McAvoy, JJ.

AXEL W. HALLENBORG v. WILLIAM C. GREENE and Others.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

SOUTH AND CENTRAL AMERICAN COMMERCIAL CO., INC., v. PANAMA RAILROAD COMPANY.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

INDEPENDENT BARER SICK AND BENEVOLENT ASSOCIATION, INC., v. SAMUEL KILLIM.— Motion denied, with ten dollars costs and stay vacated.  Present— Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

NEW YORK CITY CAR ADVERTISING COMPANY v. E. REGENSBURG & SONS, INC. — Motion granted on condition that appellant procure printed papers on appeal, and said appeal argued or submitted on May 18, 1923.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

PATRICK HANLON v. O'BRIEN'S EXPRESS COMPANY.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

BERTHA J. DOANE v. TERMINAL AND TOWN TAXI CORPORATION and Another.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JOHN SCHWENDNER v. FRED SCHNEIDER and Another.— Motion granted.  Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.